AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BILLIE SORRELL

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA

Case: 1:07-cv-00854
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/8/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Defendant District of Columbia
Mr. Devon Brown
Director, District of Columbia Department of Corrections
1923 Vermont Avenue, N.W., Room 203
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Banov
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              MAY - 8 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-21-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Alfonso Fuller | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Office Attorney General Carlo Bunaugh

☐ Returned unexecuted:

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-21-07        *Alfonso Fuller*
            Date              Signature of Server

1000 Vermont Ave
LL. Wash, DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BILLIE SORRELL

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA

Case: 1:07-cv-00854
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/8/2007
Description: Employ. Discrim.

JURY ACTION

TO: (Name and address of Defendant)

Defendant District of Columbia
c/o Mayor Adrian Fenty
John A. Wilson Building
1350 Pennsylvania Avenue, N.W., Suite 409
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Banov
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              MAY - 8 2007
CLERK                                                 DATE

*/s/ Janett Stewart-Cureton*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/21/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| TIMOTHY HERZOG | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: TABITHA BRANSTON

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/21/07
              Date

Signature of Server: T. Herzog

Address of Server: 1000 VERMONT AVE NW
LL, WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.