AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BILLIE SORRELL

SUMMONS IN A CIVIL CASE

V.

DISTRICT OF COLUMBIA

Case: 1:07-cv-00853
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/8/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Defendant District of Columbia
c/o Office of the Attorney General-Civil Division
Government of the District of Columbia
One Judiciary Square
441 4th Street NW, Sixth Floor South
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Banov
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    MAY - 8 2007
CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/8/07   2:57 pm |
| NAME OF SERVER *(PRINT)* Emily Lerner | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Office of the D.C. Attorney General
Room 600, 441 4th St., N.W., Washington, D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Darlene Fields, Registered agent for D.C. OAG

☐ Returned unexecuted: She stamped the complaint to show the time and date of service (copy attached)

_____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/07
         Date

Signature of Server: *Emily Lerner*

Address of Server: 1819 L St. NW, Suite 700
Washington, DC 20036

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BILLIE SORRELL )
17 Saint Davids Court )
Stafford, VA 22556, )
)
      Plaintiff, )
)
      v. ) Civil Action No.
)
DISTRICT OF COLUMBIA )
John A. Wilson Building )
1350 Pennsylvania Avenue, NW, Suite 409 )
Washington, DC 20004 )
(202) 727-3400, )
)
      Defendant. )
) JURY TRIAL DEMANDED

### VERIFIED COMPLAINT
(Gender Discrimination/Sexual Harassment/Sexual Orientation Discrimination)

#### A. JURISDICTION AND VENUE

1. The Court has jurisdiction over this action under 28 U.S.C. §§1331, 1343; Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f); and the District of Columbia Human Rights Act (DCHRA), District of Columbia Code §§2-1403.03(b), 2-1403.16 (2001).

2. Venue properly lies within this District under Title VII, 42 U.S.C. §2000e-5(f), because Defendant District of Columbia Government is located within the District of Columbia and because plaintiff's claims arose within this judicial district.

#### B. THE PARTIES

3. Plaintiff Billie Sorrell (also known as Billie Thompson and Billie Thompson-Sorrell) is a resident of Stafford, Virginia, and an employee of the District of Columbia Department of Corrections (the Agency).