UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-00854 (RWR) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

NOTICE OF CHANGE OF ADDRESS

On September 1, 2007, Plaintiff's attorney, Alan Banov, Alan Banov and Associates, will move to 8401 Colesville Road, Suite 325, Silver Spring, MD 20910 (phone: 301-588-9699; fax: 301-588-9698).

Respectfully submitted,

__/s/ Alan Banov_____
ALAN BANOV #95059
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C.  20036-3830
(202) 822-9699
Fax: (202) 842-9331
abanov@banovlaw.com
Attorney for Plaintiff