IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, <br><br> PLAINTIFF, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Case No. 07-00854 (RWR/JMF) |

## PARTIAL CONSENT MOTION TO EXTEND THE SCHEDULING ORDER

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to LCvR 16.4, hereby respectfully moves this Court for an Order modifying the existing Scheduling Order in this matter.

A Memorandum of Points and Authorities in support of this Motion to Extend is attached hereto. On the evening of October 18, 2007, undersigned counsel e-mailed plaintiff's counsel, Alan Banov, to seek consent to the relief requested in this Motion. Mr. Banov consented to a thirty (30) day extension of the scheduling order.

Dated: November 8, 2007.   Respectfully Submitted,

LINDA SINGER
Attorney General, District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Lit. Div.

/s/Nicole L. Lynch_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON [453765]
Assistant Attorneys General

Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6602
Facsimile: (202) 727-3625
E-mail: toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2007, I caused the foregoing DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE SCHEDULING ORDER to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Alan Banov, Esq.
**ALAN BANOV AND ASSOCIATES**
8401 Colesville Road, Suite 325
Silver Spring, MD 20910

/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BILLIE SORRELL,

        PLAINTIFF,

v.

DISTRICT OF COLUMBIA,

        Defendant.

Case No. 07-00854 (RWR/JMF)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S PARTIAL CONSENT MOTION TO EXTEND THE SCHEDULING ORDER

The defendant, the District of Columbia, through undersigned counsel, and pursuant to all governing rules, hereby respectfully moves this Court for an Order modifying the existing Scheduling Order in this matter. For grounds therefore, Defendant states:

1. Undersigned counsel is transferring to another section within the Office of the Attorney General beginning on November 12 and will have transferred completely by December 18, 2007; and a new attorney will begin work on this case during that time period.

2. On the evening of October 18, 2007, undersigned counsel e-mailed plaintiff's counsel, Alan Banov, to seek consent to the relief requested in this Motion. Mr. Banov consented to a thirty (30) day extension of the scheduling order.

3. Since the parties have not yet begun depositions in this matter, defendant requests an extension of the scheduling order for a total of sixty (60) days to give the new attorney time to become acquainted with this case and to

3

participate in the depositions in this matter.

4. LCvR 16.4 provides that "the court may modify the scheduling order at any time upon a showing of good cause. *See* LCvR 16.4.

5. Because the parties have not taken any depositions, the District seeks entry of the following proposed modifications to the Scheduling Order:

|  | Old Date | Proposed Date |
|---|---|---|
| Defendant's Rule 26(A)(2) Disclosures | 11/22/2007 | 01/22/2008 |
| Discovery Closed | 12/27/2008 | 02/27/2008 |
| Deadline For Filing Dispositive Motions | 02/11/2008 | 04/11/2008 |
| Post Discovery Status Hearing | 01/11/2008 | 03/11/2008 |

6. The extension of the Scheduling Order is for good cause and with the partial consent of plaintiff, as set forth above.

Dated: November 8, 2007.              Respectfully submitted,

LINDA SINGER
Attorney General, District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Lit. Div.

/s/Nicole L. Lynch_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON  [453765]
Assistant Attorneys General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6602
Facsimile: (202) 727-3625
E-mail:  toni.jackson@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BILLIE SORRELL, | |
| PLAINTIFF, | Case No. 07-00854 (RWR/JMF) |
| v. | |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

**O R D E R**

Upon consideration of District's Partial Motion requesting an order to extend the scheduling order, and the record herein, it is this _____ day of _____, 2007,

ORDERED: that said Motion be, and the same hereby is, GRANTED, and that the schedule is amended as follows:

| | | |
|---|---|---|
| Defendant's Rule 26(A)(2) Disclosures | 11/22/2007 | 01/22/2008 |
| Discovery Closed | 12/27/2008 | 02/27/2008 |
| Deadline For Filing Dispositive Motions | 02/11/2008 | 04/11/2008 |
| Post Discovery Status Hearing | 01/11/2008 | 03/11/2008 |

_____
JUDGE JOHN M. FACCIOLA