UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, : <br> : <br> Defendant. : <br> : | Civil Action No. 07-00854 (RWR) |

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson, as attorney for the District of Columbia, and enter the appearance of Assistant Attorney General Alex Karpinski as attorney for the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Nicole Lynch\_\_\_
NICOLE LYNCH [471953]
Section Chief
General Litigation Section II

_____/s/ Alex Karpinski\_
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2008, I caused the foregoing PRAECIPE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Alan Banov
Alan Banov & Associates
8401 Colesville Road, Suit 325
Silver Spring, MD 20910

\_\_\_/s/Alex Karpinski\_\_\_\_\_
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.