UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SORRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-00854 (RWR/JMF) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PLAINTIFF'S CONSENT MOTION FOR CONTINUANCES

Pursuant to LCvR 16.4, and with the consent of Defendant District of Columbia, Plaintiff Billie Sorrell, by her undersigned counsel, hereby moves the Court to enlarge the time for completing discovery in this case from January 22 to and including February 22, 2008, and the deadline for filing dispositive motions from February 11 to and including April 11, 2008, and to continue certain other dates in the current Scheduling Order and in support of this motion states:

1.     On August 30, 2007, the Court entered a Scheduling Order which, *inter alia*, set the following dates:

| | |
|---|---|
| Initial disclosures | September 21, 2007 |
| Plaintiff's expert witness designations | October 22, 2007 |
| Defendant's expert witness designations | November 22, 2007 |
| All discovery closed | December 27, 2007 |
| Post-discovery status conference | January 11, 2008 |
| Dispositive motions | February 11, 2007 |

2.     On November 8, 2007, defendant filed a Partial Consent Motion to Change the Scheduling Order.  It sought the following changes in that schedule:

| | Old Date | Proposed Date |
|---|---|---|
| Defendant's Rule 26(A)(2) Disclosures | 11/22/2007 | 01/22/2008 |
| Discovery Closed | 12/27/2007 | 02/27/2008 |
| Deadline For Filing Dispositive Motions | 02/11/2008 | 04/11/2008 |
| Post Discovery Status Hearing | 01/11/2008 | 03/11/2008 |

3.      On November 13, 2007, the Court granted defendant's motion in part and denied

it in part.  The Court extended the discovery cutoff from December 27, 2007, to January 22,

2008, and postponed the post-discovery Status Conference until February 1, 2008.  The Court

did not extend the deadline for dispositive motions.

4.      Also on November 13, 2007, after attempting for three weeks to obtain

defendant's consent to a joint protective agreement and order, given the sexual and personnel

issues raised in this case, plaintiff filed a Motion for Protective Order to protect confidential

information and documents disclosed by the parties, including relevant information plaintiff

sought in discovery relating to the alleged sexual harrassor and several other past and present

employees of the District of Columbia Department of Corrections.

5.      On November 26, defendant filed an opposition to that motion.

6.      The motion is still pending.

7.      Meanwhile, the parties have engaged in some discovery.  Defendant has

propounded written discovery requests upon plaintiff, and she has answered the requests, and

defendant deposed her on January 3, 2008.

8.      However, plaintiff has had difficulty in completing discovery, partly because

defendant refuses to provide very important information and documents, including personnel

files and other information relating to her alleged harrassor, until the Court issues a protective

order to protect their confidentiality, and because defendant has been exceedingly slow in

scheduling depositions of its witnesses.

9.      Thus, when defendant responded to plaintiff's written discovery responses on

December 5, it provided incomplete answers to many interrogatories and requests for

documents,[1] and objected to requests for information or documents to 8 interrogatories and 9 requests for documents on the ground that the information sought was confidential.

10.     To date, two weeks after plaintiff's counsel wrote her "deficiency" letter, defendant has not provided any more information or documents.

11.     Meanwhile, plaintiff has been attempting since November 14, 2007, to schedule depositions of defendant's witnesses.  Although she requested and proposed various dates for those depositions on November 14, over a month passed before defendant's new counsel responded to her request.  Then, after several weeks, defendant's new counsel offered only one witness for plaintiff to depose.  On January 9, he offered dates for two more, less significant witnesses.

12.     However, it will be unproductive for plaintiff to depose <u>any</u> of defendant's witnesses without complete responses to plaintiff's written discovery requests.

13.     For the foregoing reasons, plaintiff requests that the Court modify the Scheduling Order as follows:

|                                          | Current Date | Proposed Date |
|------------------------------------------|--------------|---------------|
| Discovery Closed                         | 1/22/2008    | 02/22/2008    |
| Post Discovery Status Hearing            | 02/1/2008    | March 2008    |
| Deadline For Filing Dispositive Motions  | 02/11/2008   | 04/11/2008    |

14.     There is good cause to grant the extension requested.

15.     Plaintiff's counsel has asked defendant's counsel if he will consent to the extensions requested, and he consents to the scheduling changes and relief sought herein.

---

[1] On December 28, 2007, plaintiff's counsel wrote defendant's counsel a "deficiency" letter to request more complete responses to those requests.  To date defendant's counsel has not responded substantively, but immediately before this motion was completed, he indicated that defendant would submit a formal response to that letter.  Thus, plaintiff is still making a good-faith informal effort to obtain complete responses to her written discovery requests, and it remains to be seen whether plaintiff will need to file a motion to compel more complete responses to her written discovery requests.

WHEREFORE, plaintiff respectfully requests that the Court enlarge the time for completing discovery in this case from January 22 to and including February 22, 2008, and the deadline for filing dispositive motions from February 11 to and including April 11, 2008, and to reschedule the post discovery status conference from February 1 to a date in March 2008 which is convenient to the Court.

Respectfully submitted,

_/s/ Alan Banov_____
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699; fax:  301-588-9698
abanov@banovlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-00854 (RWR/JMF) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

Upon consideration of Plaintiff's Consent Motion for Continuances and the record herein,

it is this _____ day of January, 2008, hereby

ORDERED that said motion be GRANTED, and it is further

ORDERED that the Scheduling Order, which the Court modified on November 13, 2007,

will be modified further to reschedule the following events:

| | Current Date | New Date |
|---|---|---|
| Discovery Closed | 1/22/2008 | 02/22/2008 |
| Post Discovery Status Hearing | 02/1/2008 | March ____, 2008 |
| Deadline For Filing Dispositive Motions | 02/11/2008 | 04/11/2008 |

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:
Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910

Alex Karpinski, Esq.
Assistant Attorney General
District of Columbia
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C.  20001