UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BILLIE SORRELL,**

    **Plaintiff,**

    v.

**DISTRICT OF COLUMBIA,**

    **Defendant.**

Civil Action No. 07-854 (RWR/JMF)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff Billie Sorrell's Motion for a Protective Order [#18] is **GRANTED.**

    **SO ORDERED.**

Dated: January 17, 2008

                                                    /s/
                                      JOHN M. FACCIOLA
                                      UNITED STATES MAGISTRATE JUDGE