UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00854 (RWR/JMF) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 10, 2008, the parties hereby submit the following report concerning the status of discovery:

1. On March 28, 2008, Plaintiff Billie Sorrell filed a Motion to Compel More Complete Responses to Plaintiff's Interrogatories and Requests for Documents. In that motion, plaintiff moved the Court to issue an order compelling defendant to answer more completely her Interrogatories Nos. 6, 7, 8, 15, 16, and 19 and her Requests for Production of Documents Nos. 1, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18. On April 11, 2008, defendant filed its opposition thereto. This motion is still pending before the Court.

2. On May 7, 2008, Defendant District of Columbia served Defendant's Fourth Set of Supplemental Responses and Objections to Plaintiff's Request for Production of Documents. In that response, Defendant supplemented its answers to Document Requests Nos. 13 and 15.

3. Plaintiff respectfully requests that the Court extend plaintiff's discovery deadline, from May 12, 2008, to a new date after the Court issues its ruling on plaintiff's Motion to Compel. Defendant objects.

2

Respectfully submitted,


| | |
|---|---|
| \_\_\_\_/s/ Alan Banov_____ | |
| Alan Banov, D.C. Bar #95059 | PETER J. NICKLES |
| Alan Banov & Associates | Interim Attorney General for the |
| 8401 Colesville Road, Suite 325 | District of Columbia |
| Silver Spring, MD 20910 | |
| (301) 588-9699 | |
| (301) 588-9698 (fax) | GEORGE C. VALENTINE |
| abanov@banovlaw.com | Deputy Attorney General, Civil Litigation Division |
| Attorney for Plaintiff | |

\_\_\_\_/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON [453765]
Acting Section Chief, General Litigation § III

\_\_\_/s/ Alex Karpinski_____
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
 alex.karpinski@dc.gov


Attorneys for Defendant

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of May, 2008, I caused the foregoing JOINT STATUS REPORT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Alan Banov
Alan Banov & Associates
8401 Colesville Road, Suit 325
Silver Spring, MD  20910

                                       /s/Alex Karpinski
                                      ALEX KARPINSKI [2]
                                      (Michigan Bar No. P58770)
                                      Assistant Attorney General
                                      441 4th St., NW, 6th Floor South
                                      Washington, DC 20001
                                      (202) 724-6642
                                      Fax No. (202) 727-3625
                                      alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.