UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00854 (RWR/JMF) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Alan Banov, am a member in good standing of the bar of this Court. My bar number is 95059. I respectfully move this Court to admit Rachelle S. Ware, one of my associates, to appear *pro hac vice* in this case as counsel for Plaintiff Billie Sorrell.

As set forth in the accompanying declaration of Ms. Ware, attached hereto as Exhibit 1, we certify that:

1. Ms. Ware is an associate with the law firm of Alan Banov and Associates, which is located at 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910. Our telephone number is 301-588-9699; our fax number is 301-588-9698.

2. Ms. Ware is a member in good standing of the highest court of the Commonwealth of Virginia (admitted November 2007) and the United States District Court for the Eastern District of Virginia (admitted February 2008).

3. During the last two years immediately preceding this motion, Ms. Ware has not been admitted *pro hac vice* in this Court.

4. Ms. Ware has not been disciplined by any bar in any jurisdiction.

5.	Ms. Ware is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that she will be subject to the disciplinary jurisdiction of this Court.

6.	Ms. Ware understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7.	The undersigned Movant will serve as lead counsel in this proceeding.

Respectfully submitted,

    /s/ Alan Banov
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699; fax:  301-588-9698
abanov@banovlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00854 (RWR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF RACHELLE S. WARE

COMES NOW Rachelle S. Ware, herein only to appear *pro hac vice* in this matter under the supervision of Alan Banov, a member of this Court and the District of Columbia Bar, and pursuant to Local Rule 83.2 and 28 U.S.C. § 1746, makes the following declaration under penalty of perjury and in support thereof as follows:

1. My name is Rachelle S. Ware. I am over 18 years of age, suffer from no legal disabilities, and am competent to testify regarding the matters contained herein. I offer this Declaration upon my own personal knowledge and information and give this Declaration in support of my application for admission *pro hac vice* in the above-captioned matter.

2. I am an associate in the law firm of Alan Banov and Associates, located at 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910. Our telephone number is 301-588-9699 and fax number is 301-588-9698.

3. I am licensed to practice law in the State of Virginia and am admitted to practice before the following State Courts and United States Courts:

   a. Virginia State Courts: admitted November 2007

EXHIBIT 1

b. United States District Court for the Eastern District of Virginia: admitted November 2008

c. As a law student, I previously was admitted to practice law in the Superior Court of the District of Columbia pursuant to Rule 48 of the General Rules of the District of Columbia Court of Appeals, and certified and registered as therein required: admitted August 2006

4. I certify that I am a member in good standing in every jurisdiction in which I am admitted, and have not been disciplined by any bar in any jurisdiction.

5. During the last two (2) years, I have not been admitted *pro hac vice* to this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. Plaintiff Billie Sorrell has asked that I represent her in this matter, with Alan Banov of Alan Banov and Associates.

8. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

9. I further understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May, 2008, at Silver Spring, Maryland.

*Rachelle S. Ware*
Rachelle S. Ware
VSB No. 75549

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-00854 (RWR/JMF) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Alan Banov's Motion for Admission *Pro Hac Vice*, the Declaration of Rachelle S. Ware, one of the attorneys for Plaintiff Billie Sorrell, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED that Rachelle S. Ware be admitted to practice before this Court *pro hac vice* in the above-captioned case.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:
Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910

Alex Karpinski, Esq.
Assistant Attorney General
District of Columbia
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C.  20001