UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 07-00854 (RWR/JMF) |
| DISTRICT OF COLUMBIA, | ) |
|       Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 14, 2008, the parties hereby submit the following report concerning the status of discovery:

1. On March 28, 2008, Plaintiff Billie Sorrell filed a Motion to Compel More Complete Responses to Plaintiff's Interrogatories and Requests for Documents. In that motion, plaintiff moved the Court to issue an order compelling defendant to answer more completely her Interrogatories Nos. 6, 7, 8, 15, 16, and 19 and her Requests for Production of Documents Nos. 1, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18. On April 12, 2008, defendant filed its opposition thereto. This motion is still pending before the Court.

2. On May 7, 2008, Defendant District of Columbia served Defendant's Fourth Set of Supplemental Responses and Objections to Plaintiff's Request for Production of Documents. In that response, Defendant supplemented its answers to Document Requests Nos. 13 and 15.

3. On July 29, 2008, Defendant District of Columbia produced copies of additional duty/shift rosters responsive to Plaintiffs Requests for Production of Documents Nos. 13 and 15.

4.  Plaintiff respectfully requests that the Court extend plaintiff's discovery deadline, from May 12, 2008, to a new date after the Court issues its ruling on plaintiff's Motion to Compel. Defendant objects to such an extension.

Respectfully submitted,

\_\_\_\_/s/ Alan Banov_____
Alan Banov, D.C. Bar #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
(301) 588-9699
(301) 588-9698 (fax)
abanov@banovlaw.com
Attorney for Plaintiff

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\_\_\_/s/_____
TONI MICHELLE JACKSON, D.C. Bar #453765
Chief, General Litigation Section III

\_\_\_\_\_/s/_____
ALEX KARPINSKI, D.C. Bar #982184
Assistant Attorney General
District of Columbia
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6642
alex.karpinski@dc.gov

Attorneys for Defendant