UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BILLIE SORRELL,**

    **Plaintiff,**

    **v.**                          Civil Action No. 07-854 (RWR/JMF)

**DISTRICT OF COLUMBIA,**

    **Defendant.**

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiff's Motion to Compel More Complete Responses to Plaintiff's Interrogatories and Requests for Documents [#25] is **GRANTED** in part and **DENIED** in part.

    **SO ORDERED.**

                                            _____/S/_____
                                            JOHN M. FACCIOLA
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2008