UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-00854 (RWR/JMF) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of August 13, 2008, the parties hereby submit the following report concerning the status of discovery:

1. On March 28, 2008, Plaintiff Billie Sorrell filed a Motion to Compel More Complete Responses to Plaintiff's Interrogatories and Requests for Documents. In that motion, Plaintiff moved the Court to issue an order compelling Defendant to answer more completely her Interrogatories Nos. 6, 7, 8, 15, 16, and 19 and her Requests for Production of Documents Nos. 1, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18. On April 12, 2008, Defendant filed its opposition thereto.

2. On September 2, 2008, the Court (Magistrate Judge John Facciola) issued an Order, with a Memorandum Opinion which granted in part and denied in part Plaintiff's Motion to Compel More Complete Responses to Plaintiff's Interrogatories and Requests for Documents. In that Opinion, the Court ordered Defendant, within ten days of the date of its Opinion, to supplement its responses to Interrogatory Nos. 6, 8, 15, 16 and 19; to provide a verified set of answers to Plaintiff's First Set of Interrogatories and a set of objections signed by defense counsel; and to supplement its responses to Requests for Production of Documents Nos. 7, 8-12,

13, 14, 15, and 16. Furthermore, the Court ordered that if the existing protective order in this case (which the Court entered on January 22, 2008) failed to address Defendant's privacy concerns, the parties may jointly submit, within ten days of its Opinion, a new protective order addressing such concerns.

3. Pursuant to the Court's September 2, 2008 Order and Memorandum Opinion, Defendant's supplemental discovery responses are due on September 12, 2008. Similarly, by September 12 the parties may submit a joint protective order addressing Defendant's privacy concerns.

4. Plaintiff respectfully requests that the Court extend plaintiff's discovery deadline from May 12, 2008, to September 26, 2008. The District objects to such an extension.

Respectfully submitted,

\_\_\_/s/ Alan Banov_____
ALAN BANOV, D.C. Bar #95059
RACHELLE S. WARE, VSB #75549
 Admitted *Pro Hac Vice*
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
(301) 588-9699
(301) 588-9698 (fax)
abanov@banovlaw.com
Attorneys for Plaintiff

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
TONI MICHELLE JACKSON, D.C. Bar #453765
Chief, General Litigation Section III

        /s/
ALEX KARPINSKI, D.C. Bar #982184
Assistant Attorney General
District of Columbia
441 Fourth Street, N.W., Suite 6S052
Washington, D.C.  20001
(202) 724-6642
alex.karpinski@dc.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) Civil Action No. 07-00854 (RWR/JMF) ) |
| DISTRICT OF COLUMBIA, | ) ) |
|     Defendant. | ) ) |

**PLAINTIFF'S PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report and the record herein, it is this _____ day of September, 2008, hereby

ORDERED that the Scheduling Order, which the Court last modified on April 10, 2008, be modified further to reschedule the following events:

| | Current Date | Proposed Date |
|---|---|---|
| Discovery Closed | 05/12/2008 | 09/26/2008 |
| Post Discovery Status Hearing | | October ___, 2008 |
| Alternative Dispute Resolution | Not Scheduled | November ___, 2008 |
| Deadline For Filing Dispositive Motions | Suspended | November ___, 2008 |

 

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910

Alex Karpinski, Esq.
Assistant Attorney General
District of Columbia
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-00854 (RWR/JMF) ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) ) |

### DEFENDANT'S PROPOSED ORDER

Upon consideration of the parties' Joint Status Report and the record herein, it is this

_____ day of September, 2008, hereby

ORDERED that the Scheduling Order, which the Court last modified on April 10, 2008, be modified further to reschedule the following events:

| | Current Date | Proposed Date |
|---|---|---|
| Post Discovery Status Hearing | | October __, 2008 |
| Alternative Dispute Resolution | Not Scheduled | |
| Deadline For Filing Dispositive Motions | Suspended | November __, 2008 |

**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910

Alex Karpinski, Esq.
Assistant Attorney General
District of Columbia
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001