UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SORRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-00854 (FJS/JMF) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Billie Sorrell and Defendant District of Columbia hereby stipulate that the above-captioned action shall be dismissed with prejudice as to all of Plaintiff's claims against Defendant, with each party to bear its own fees and costs.

Date: March 28, 2014

FOR PLAINTIFF:

 /s/ Alan Banov
ALAN BANOV (D.C. Bar # 95059)
Alan Banov & Associates
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 588-9699
Fax: (301) 588-9698
abanov@banovlaw.com

FOR DEFENDANT:

IRVIN B. NATHAN
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Jonathan Pittman
JONATHAN H. PITTMAN [430388]
Section Chief
Civil Litigation Division, Section III
Office of the Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, DC  20001
Office (202) 724-6602

1

Fax (202) 741-8926
Email: jonathan.pittman@dc.gov

/s/ Alex Karpinski
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

IT IS SO ORDERED:

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: March 31, 2014